UNITED STATES BANKRUPTCY COURT
Northern District of Illinois . Western Division

IN RE:                                            CHAPTER 13
STEVEN M. PEERBOOM
ELIZABETH E. PEERBOOM            CASE NO. 12-80457

## NOTICE OF FINAL CURE PAYMENT AND COMPLETION OF PLAN PAYMENTS

Pursuant to Federal Bankruptcy Rule 3002.1(f), the Chapter 13 Trustee, Lydia S. Meyer, files Notice that the amount required to cure the default in the below claim has been paid in full and the debtor has completed payments under the Plan.

**Name of creditor:**     Ditech Financial LLC                  **Court claim #: 7**

**Last four digits** of any number used to identify the debtor's account: 9862

| *Final Cure Amount* | |
|---|---|
| Amount of Prepetition Arrears | $28,205.41 |
| Amount Paid by Trustee | $28,205.41 |

| *Monthly ongoing Mortgage Payment* |
|---|
| Mortgage is paid: |
| ☐ Thru the Chapter 13 Plan        ☒ Direct by Debtor(s) |

Within 21 days of the service of this Notice, the creditor **MUST** file and serve a Statement as a supplement to the holders' proof of claim on the debtor, debtor's counsel and the trustee, pursuant to Federal Bankruptcy Rule 3002.1 (g), indicating: 1) whether it agrees that the debtor has paid in full the amount required to cure the default and 2) whether the debtor is otherwise current on all payments consistent with 11 USC ¶1322(b)(5).

Dated:   2/23/2017                         /s/Lydia S. Meyer
                                                       Lydia S. Meyer, Trustee
                                                       308 W. State St., Suite 212
                                                       Rockford, IL  61101

Certificate of Service
     I hereby certify that a copy of this Notice of Final cure Payment and Completion of Plan Payments was served on the parties listed below by ordinary US Mail or served electronically through the Court's ECF System at the email address registered with the Court on this 23rd Day of February, 2017.

Dated:   2/23/17                             /s/Cynthia K. Burnard

DITECH FINANCIAL LLC
PO BOX 0049
PALATINE, IL 60055-0049

CITIMORTGAGE INC
PO BOX 6243
SIOUX FALLS, SD  57117-6243

DITECH FINANCIAL LLC
PO BOX 44265
JACKSONVILLE, FL 32231-4265

CODILIS & ASSOCIATES P C
BANKRUPTCY DEPARTMENT
15W030 N FRONTAGE RD SUITE 100
BURR RIDGE, IL 60527

STEVEN M. PEERBOOM
ELIZABETH E. PEERBOOM
1009 NORTH 15TH STREET
DEKALB, IL  60115

ATTORNEY RICHARD H. SCHMACK
584 WEST STATE STREET
SYCAMORE, IL  60178