**Fill in this information to identify the case:**

Debtor 1: Steven M. Peerboom

Debtor 2 (Spouse, if filing): Elizabeth E. Peerboom

United States Bankruptcy Court for the: Northern District of Illinois (State)

Case number: 12-80457

# Form 4100R

## Response to Notice of Final Cure Payment

10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1: Mortgage Information

**Name of creditor:** First National Bank of Omaha, successor by merger to Castle Bank

**Court claim no.** (if known): 3

**Last 4 digits** of any number you use to identify the debtor's account: 5 0 9 2

**Property address:** 1009 N. 15th Street
Number   Street

DeKalb, IL 60115
City    State   ZIP Code

### Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is: $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: ___/___/___ MM/DD/YYYY

☒ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due: (a) $ 23,183.35

b. Total fees, charges, expenses, escrow, and costs outstanding: + (b) $ 0.00

c. **Total.** Add lines a and b. (c) $ 23,183.35

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on: 8 / 18 / 2012 MM/DD/YYYY

Form 4100R     Response to Notice of Final Cure Payment     page 1

| Debtor 1 | Steven M. Peerboom | | | Case number (if known) | 12-80457 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

### Part 5: Sign Here

The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.

*Check the appropriate box::*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

| | | Date | 3 / 23 / 2017 |
|---|---|---|---|
| X _____ | | | |
| Signature | | | |

| Print | Rebecca A. Lamm | | | Title | Attorney |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| Company | Franks, Gerkin & McKenna, P.C. |
|---|---|

If different from the notice address listed on the proof of claim to which this response applies:

| Address | 19333 E. Grant Highway |
|---|---|
| | Number    Street |
| | Marengo, IL 60152 |
| | City    State    ZIP Code |

| Contact phone | ( 815 ) 923 _ 2107 | | Email | rlamm@fgmlaw.com |
|---|---|---|---|---|

# FIRST NATIONAL BANK
## Member FDIC/Equal Housing Lender
## Customer View History Report

STEVEN M PEERBOOM
FLAG 13
DE KALB IL 60115-2619
**Loan:** ▓▓509-2

| Date Applied | Effective Date | Description | Rate | Breakdown | Amount | End Balance |
|---|---|---|---|---|---|---|
| 03/29/2016 | 03/29/2016 | ALLCTD COF | | 1,281.98 PRIN | 1,281.98 | 18,519.45 |
| 03/02/2016 | 03/02/2016 | ALLCTD COF | | 244.71 PRIN | 244.71 | 19,801.43 |
| 01/26/2016 | 01/26/2016 | ALLCTD COF | | 212.08 PRIN | 212.08 | 20,046.14 |
| 12/28/2015 | 12/28/2015 | ALLCTD COF | | 81.57 PRIN | 81.57 | 20,258.22 |
| 11/30/2015 | 11/30/2015 | ALLCTD COF | | 244.71 PRIN | 244.71 | 20,339.79 |
| 10/27/2015 | 10/27/2015 | ALLCTD COF | | 83.29 PRIN | 83.29 | 20,584.50 |
| 10/01/2015 | 10/01/2015 | ALLCTD COF | | 166.59 PRIN | 166.59 | 20,667.79 |
| 09/01/2015 | 09/01/2015 | ALLCTD COF | | 255.01 PRIN | 255.01 | 20,834.38 |
| 07/28/2015 | 07/28/2015 | ALLCTD COF | | 100.98 PRIN | 100.98 | 21,089.39 |
| 06/30/2015 | 06/30/2015 | ALLCTD COF | | 96.87 PRIN | 96.87 | 21,190.37 |
| 05/26/2015 | 05/26/2015 | ALLCTD COF | | 99.95 PRIN | 99.95 | 21,287.24 |
| 04/28/2015 | 04/28/2015 | ALLCTD COF | | 49.98 PRIN | 49.98 | 21,387.19 |
| 03/31/2015 | 03/31/2015 | ALLCTD COF | | 99.95 PRIN | 99.95 | 21,437.17 |
| 03/03/2015 | 03/03/2015 | ALLCTD COF | | 149.93 PRIN | 149.93 | 21,537.12 |
| 01/26/2015 | 01/26/2015 | ALLCTD COF | | 49.98 PRIN | 49.98 | 21,687.05 |
| 01/02/2015 | 01/02/2015 | ALLCTD COF | | 99.95 PRIN | 99.95 | 21,737.03 |
| 12/01/2014 | 12/01/2014 | ALLCTD COF | | 149.93 PRIN | 149.93 | 21,836.98 |
| 10/31/2014 | 10/31/2014 | ALLCTD COF | | 46.64 PRIN | 46.64 | 21,986.91 |
| 09/03/2014 | 09/03/2014 | ALLCTD COF | | 99.74 PRIN | 99.74 | 22,033.55 |
| 07/28/2014 | 07/28/2014 | ALLCTD COF | | 49.87 PRIN | 49.87 | 22,133.29 |
| 07/01/2014 | 07/01/2014 | ALLCTD COF | | 149.61 PRIN | 149.61 | 22,183.16 |
| 05/29/2014 | 05/29/2014 | ALLCTD COF | | 99.74 PRIN | 99.74 | 22,332.77 |

# FIRST NATIONAL BANK
## Member FDIC/Equal Housing Lender
## Customer View History Report

STEVEN M PEERBOOM
FLAG 13
DE KALB IL 60115-2619
**Loan:** ███509-2

| Date Applied | Effective Date | Description | Rate | Breakdown | Amount | End Balance |
|---|---|---|---|---|---|---|
| 04/28/2014 | 04/28/2014 | ALLCTD COF | | 99.74 PRIN | 99.74 | 22,432.51 |
| 04/01/2014 | 04/01/2014 | ALLCTD COF | | 49.87 PRIN | 49.87 | 22,532.25 |
| 03/05/2014 | 03/05/2014 | ALLCTD COF | | 149.61 PRIN | 149.61 | 22,582.12 |
| 01/27/2014 | 01/27/2014 | ALLCTD COF | | 49.88 PRIN | 49.88 | 22,731.73 |
| 12/30/2013 | 12/30/2013 | ALLCTD COF | | 149.61 PRIN | 149.61 | 22,781.61 |
| 12/10/2013 | 12/10/2013 | ALLCTD COF | | 99.73 PRIN | 99.73 | 22,931.22 |
| 10/29/2013 | 10/29/2013 | ALLCTD COF | | 99.75 PRIN | 99.75 | 23,030.95 |
| 09/27/2013 | 09/27/2013 | ALLCTD COF | | 99.52 PRIN | 99.52 | 23,130.70 |
| 08/27/2013 | 08/27/2013 | ALLCTD COF | | 49.76 PRIN | 49.76 | 23,230.22 |
| 07/30/2013 | 07/30/2013 | ALLCTD COF | | 99.54 PRIN | 99.54 | 23,279.98 |
| 07/01/2013 | 07/01/2013 | ALLCTD COF | | 149.29 PRIN | 149.29 | 23,379.52 |
| 05/29/2013 | 05/29/2013 | ALLCTD COF | | 99.52 PRIN | 99.52 | 23,528.81 |
| 04/29/2013 | 04/29/2013 | ALLCTD COF | | 99.54 PRIN | 99.54 | 23,628.33 |
| 03/21/2013 | 03/21/2013 | ALLCTD COF | | 100.48 PRIN | 100.48 | 23,727.87 |
| 02/27/2013 | 02/27/2013 | ALLCTD COF | | 100.48 PRIN | 100.48 | 23,828.35 |
| 01/28/2013 | 01/28/2013 | ALLCTD COF | | 50.24 PRIN | 50.24 | 23,928.83 |
| 01/08/2013 | 01/08/2013 | ALLCTD COF | | 150.73 PRIN | 150.73 | 23,979.07 |
| 11/28/2012 | 11/28/2012 | ALLCTD COF | | 50.24 PRIN | 50.24 | 24,129.80 |
| 10/30/2012 | 10/30/2012 | ALLCTD COF | | 100.48 PRIN | 100.48 | 24,180.04 |
| 10/05/2012 | 10/05/2012 | ALLCTD COF | | 148.89 PRIN | 148.89 | 24,280.52 |
| 07/19/2012 | 07/16/2012 | ALLCTD COF | | 421.51 PRIN | 421.51 | 24,429.41 |
| 06/18/2012 | 06/15/2012 | ALLCTD COF | | 421.21 PRIN | 421.21 | 24,850.92 |

# FIRST NATIONAL BANK
## Member FDIC/Equal Housing Lender
## Customer View History Report

STEVEN M PEERBOOM
FLAG 13
DE KALB IL 60115-2619
**Loan:** ▓▓509-2

| Date Applied | Effective Date | Description | Rate | Breakdown | Amount | End Balance |
|---|---|---|---|---|---|---|
| 05/21/2012 | 05/21/2012 | ALLCTD COF | | 421.51 PRIN | 421.51 | 25,272.13 |
| 04/16/2012 | 04/13/2012 | ALLCTD COF | | 421.51 PRIN | 421.51 | 25,693.64 |
| 03/16/2012 | 03/15/2012 | ALLCTD COF | | 421.51 PRIN | 421.51 | 26,115.15 |
| 02/17/2012 | 02/17/2012 | ALLCTD COF | | 421.51 PRIN | 421.51 | 26,536.66 |

# FIRST NATIONAL BANK
## Member FDIC/Equal Housing Lender
## Loan Charge Off Payoff Report

STEVEN M PEERBOOM
FLAG 13
DE KALB IL 60115-2619

**Account Number:**   ▇▇509-2

**Payoff Information**

| | |
|---|---|
| Charge-Off Principal: | 18,519.45 |
| Interest: | 9,791.62 |
| Total Charge-Off Expenses: | 0.00 |
| Actual Charge-Off Payoff Total: | $28,311.07 |
| Payoff Date Accrued To: | 03/22/2017 |
| Daily Accrual: | 3.678520 |



Comptroller of the Currency
Administrator of National Banks

Western District Office
1225 17th Street, Suite 300
Denver, Colorado 80202
720-475-7650; Fax: 301-333-7010

December 10, 2007

Ms. Maureen O'Connor
Managing Attorney
First National of Nebraska, Inc.
1620 Dodge Street
Mail Stop 3290
Omaha, NE 68197

Re:  Application by Castle Bank, National Association, Dekalb, Illinois to merge with First National Bank of Marengo, Marengo, Illinois
     OCC Control Number: 2007 WE 02 0022

Dear Ms. O'Connor:

This is the official certification of the Comptroller of the Currency (OCC) for Castle Bank, National Association, Dekalb, Illinois to merge with First National Bank of Marengo, Marengo, Illinois, under the title and charter of Castle Bank, National Association, effective October 1, 2007.

This is also the official certification given to Castle Bank, N.A. to operate the former head office of First National Bank of Marengo as a branch. The branch will be located at 677 East Grant Street, Marengo, Illinois 60152 and will be known as the Marengo Branch. The branch number is 142048A.

If you have questions, please contact me at (720) 475-7650.

Sincerely,

Louis T. Gittleman
Senior Licensing Analyst



Comptroller of the Currency
Administrator of National Banks

Western District Office
1225 17th Street, Suite 300
Denver, Colorado 80202
(720) 475-7650; Fax: (301) 333-7010

October 6, 2010

Nicholas W. Baxter
Senior Vice President
First National Bank of Nebraska
1620 Dodge Street
Omaha, NE 68197

RE: Merger of Castle Bank, National Association; First National Bank of Kansas; and First National Bank, Fort Collins, with and into First National Bank of Omaha
OCC Control Number: 2010-WE-02-0019

Dear Mr. Baxter:

This letter is the official certification of the Comptroller of the Currency (OCC) to merge Castle Bank, National Association, DeKalb, Illinois, First National Bank of Kansas, Overland Park, Kansas, and First National Bank, Fort Collins, Colorado with and into First National Bank of Omaha, Nebraska effective as of September 29, 2010. The resulting bank title is First National Bank of Omaha, charter number 209.

This is also the official authorization given to First National Bank of Omaha to operate the branches and main offices of the target institutions as branches. Each newly authorized branch and its assigned OCC branch number is listed below. Branches of national bank targets are not listed since they are automatically carried over to the resulting bank and retain their current OCC branch numbers.

| Branch Name | Address | Branch Number |
|---|---|---|
| DeKalb Branch | 141 West Lincoln Hwy, DeKalb, IL 60115 | 148926A |
| College Boulevard Branch | 6201 College Blvd., Overland Park, KS, 66211 | 148927A |
| West Oak Branch | 205 West Oak, Fort Collins, CO, 80521 | 148928A |

Sincerely,

James A. Bundy
Acting Director for District Licensing